```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HUMA AYYAZ,

                             Plaintiff,                        19-CV-01412 (LTS)(SN)

            -against-                              **ORDER**

NEW YORK POLICE DEPARTMENT, et al.,

                             Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The Court has requested three times that Plaintiff file a letter explaining her failure to appear for her deposition on March 7, 2022, twice in writing, see ECF Nos. 52, 60, and once during the April 29, 2022 conference. The Court extended Plaintiff's deadline to file this letter on its own motion two times: first to April 26, 2022, then to May 2, 2022. As of the issuance of this order, Plaintiff has failed to comply with any of the Court's orders. Neither Plaintiff nor her lawyers may avoid their obligations to their adversary or the Court.

        Accordingly, having failed to provide the Court with any explanation, much less justification, for failing to appear at her scheduled deposition, Plaintiff and her lawyer are jointly ordered to pay defense counsel for any costs associated with the late cancelled deposition and two hours at defense counsel's ordinary rate for the delayed cancellation and the time to file the letter application for an extension of time to complete fact discovery filed at ECF No. 51.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      May 4, 2022
                 New York, New York